UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.    1:23-cv-20083-DPG

FRANKLIN H. DUNN,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., A BERMUDA
COMPANY d/b/a NORWEGIAN CRUISE
LINE,

    Defendant.
_____/

## SUMMONS

TO:    NCL (BAHAMAS) LTD. a Bermuda Company
        d/b/a NORWEGIAN CRUISE LINE

By serving:    Daniel S. Farkas, Esq.
                7665 Corporate Center Drive
                Miami, FL 33126

As registered agent

    YOU ARE HEREBY SUMMONED and required to serve upon:

PLAINTIFF'S ATTORNEY:    Tonya J. Meister, Esq.
                                MEISTER LAW, LLC
                                9300 S. Dadeland Blvd. Suite 101
                                Miami, FL 33156
                                (305) 590-5570

within 21 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ A. Alonso
_____
Deputy Clerk
U.S. District Courts

Jan 10, 2023
_____
DATE