# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of FLORIDA

Case Number: 1;23 CV-20083 DPG

Plaintiff:
**FRANKLIN H.DUNN**

vs.

Defendant:
**NCL (BAHAMAS) LTD,a BERMUDA COMPANY d/b/a NORWEGIAN CRUISE LINE**

For:
Tonya Meister
MEISTER LAW,LLC
9300 S.Dadeland Blvd.
Ste.101
Miami, FL  33156

Received by L.L.RUBIN & COMPANY on the 20th day of January, 2023 at 9:30 am to be served on **Ncl (Bahamas) Ltd,a Bermuda Company d/b/a NORWEGIAN CRUISE LINE, 7300 CORPORATE CENTER DR., MIAMI, FL 33126**

I, Luis Lopez, being duly sworn, depose and say that on the **23rd day of January, 2023** at **10:23 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT & DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Joanna Jara**, as **Paralegal, Legal Dept.** for **Ncl (Bahamas) Ltd,a Bermuda Company**, at the address of: **7300 Corporate Center Dr, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served> Notary not required persuant to Fla.Statute 92.525. Under Penalty of Perjury,I declare that I have read the foregoing documet and that the facts stated therein are true and correct to the best of my knowledge

Subscribed and Sworn to before me on the 23rd day of January, 2023 by the affiant who is personally known to me.

_Danae M. Ramirez_
NOTARY PUBLIC

DANAE M. RAMIREZ
MY COMMISSION # HH 024456
EXPIRES: October 2, 2024
Bonded Thru Notary Public Underwriters

Luis Lopez
CPS #426

L.L.RUBIN & COMPANY
14629 SW 104 ST.
489
MIAMI, FL 33186

Our Job Serial Number: LAL-2023000044

RECEIVED JAN 2 0 2023

930A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.   1:23-cv-20083-DPG

FRANKLIN H. DUNN,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., A BERMUDA
COMPANY d/b/a NORWEGIAN CRUISE
LINE,

    Defendant.
_____/

*KUBIN & COMPANY*
*VERIFIED RETURN OF SERVICE*
[ ] Personal service [ ] By leaving a copy with
Served: JoAnna Jara
Date: 1.23.23  Time: 10:23A
By: L. Lopez-ofds
Paralegal
Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and the facts stated in it are true.

## SUMMONS

TO:   NCL (BAHAMAS) LTD. a Bermuda Company
          d/b/a NORWEGIAN CRUISE LINE

1-23.23

By serving:   Daniel S. Farkas, Esq.
                  7665 Corporate Center Drive
                  Miami, FL 33126

As registered agent

YOU ARE HEREBY SUMMONED and required to serve upon:

PLAINTIFF'S ATTORNEY:   Tonya J. Meister, Esq.
                                     MEISTER LAW, LLC
                                     9300 S. Dadeland Blvd. Suite 101
                                     Miami, FL 33156
                                     (305) 590-5570

within 21 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Jan 10, 2023
_____
DATE

**SUMMONS**

s/ A. Alonso
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court